**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Samuel J. Prater, M.D. and Krista G. Handyside, M.D. v. Telicia
                         Owens

Appellate case number:   01-21-00264-CV

Trial court case number: 2012-07534

Trial court:             152nd District Court of Harris County

Appellants, Samuel J. Prater, M.D. and Krista G. Handyside, M.D., have filed a notice of appeal of the trial court's order signed on May 12, 2021. On June 1, 2021, the Clerk of this Court notified appellants that the court reporter responsible for preparing the reporter's record had not filed a reporter's record because appellants had not requested a reporter's record and not paid, or made arrangements to pay, the fee for preparation of the reporter's record. On June 11, 2021, appellants' counsel notified the Clerk that appellants had requested a reporter's record, and on June 30, 2021, appellants' counsel notified the Clerk that they had paid the fee for preparation of the reporter's record that same day.

Accordingly, the reporter's record is due to be filed **no later than 30 days from the date of this order**. *See* TEX. R. APP. P. 35.3(b), (c).

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
           ☑ Acting individually    ☐ Acting for the Court

Date: ___July 13, 2021_____